PD-0587-15
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 5/15/2015 11:15:02 AM
Accepted 5/15/2015 1:55:22 PM
ABEL ACOSTA
CLERK

No._____

IN THE COURT
OF CRIMINAL APPEALS OF TEXAS

ANDREW OLEVIA JONES            §
                              §
vs.                           §            Case No. 01-14-00501-CR
                              §
THE STATE OF TEXAS            §
                              §

**MOTION TO EXTEND TIME TO FILE PDR**

TO THE HONORABLE JUSTICES OF THIS COURT:

Appellant Andrew Olevia Jones moves the Court for an extension of time to file

his petition for discretionary review until and including June 13, and shows:

1. In cause number 01-14-00501-CR, the First Court of Appeals affirmed Mr. Jones's conviction on April 14, 2015. The deadline to file the petition for discretionary review is May 14, 2015. Rule 68.2(c) of the Texas Rules of Appellate Procedure provides that the Court may extend the time to file the petition if a motion to extend is filed no later than 15 days after the last day for filing the petition, or May 14, 2015.

2. Mr. Jones has made no previous requests for extension.

In view of the foregoing, Mr. Jones moves the Court to extend the time to file his

petition for discretionary review until and including June 14, 2015.

Respectfully submitted,
**Alexander Bunin**
Chief, Harris County Public Defender's Office

/s/ *Melissa Martin*

_____
Melissa Martin
Assistant Public Defender
1201 Franklin, 13th Floor

FILED IN
COURT OF CRIMINAL APPEALS

May 15, 2015

ABEL ACOSTA, CLERK

Houston, TX 77002
713/274-6709; Fax 713/437-4319
Email melissa.martin@pdo.hctx.net
Texas Bar # 24002532

## CERTIFICATE OF SERVICE

I certify that I provided a copy of the foregoing motion to counsel for the state and the State Prosecuting Attorney by electronic service.

*/s/ Melissa Martin*

_____

Melissa Martin